Justice WECHT,
concurring.
I join the learned Majority’s opinion in full, writing only to emphasize that we granted allocatur on one issue: whether a jury finding of bad faith requires the trial court to impose a statutory penalty and award attorney fees under 62 Pa.C.S. § 3935. We denied allocatur as to all other issues, including the issue raised by the dissent. Consequently, whether the bad faith question should be submitted to the jury or, in the *270 alternative, decided by the judge, is not before the Court. The parties have not fully briefed the issue, nor has it been preserved for our review. Accordingly, I do not read the majority to endorse or disapprove of the submission of the bad faith question to the jury in this specific instance or in future cases.